514

UNITED STATES of America, Appellant, v. Dr. J. W. ROBINSON et al., Appellees.

No. 14723.

United States Court of Appeals Eighth Circuit.

Dec. 10, 1952.

P. W. Lanier, U. S. Atty., and Harry Lashkowitz, Asst. U. S. Atty., Fargo, N. D., for appellant.

Milton K. Higgins, W. C. Lynch, Bismarck, N. D. and J. F. X. Conmy, Fargo, N. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant. 106 F.Supp. 212.